UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK GALVAN, | ) | CASE NO. ED CV 13-1492-GHK (PJW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | ADOPTING FINDINGS, CONCLUSIONS, |
| v. | ) | AND RECOMMENDATIONS OF UNITED |
| | ) | STATES MAGISTRATE JUDGE |
| KENNETH E. DUFFIE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions with the following exception. On page 4, line 11, the Report incorrectly states that Plaintiff's grievance was finally denied in November 2013. In fact, it was denied in November 2010, as previously set forth in the Report at page 3, line 27.

IT IS THEREFORE ORDERED that Defendant's motion to dismiss the First Amended Complaint is denied.

DATED:  9/8/15  .

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\EDCV 13-1492-ORD.wpd