

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GALVAN,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH E. DUFFIE,<br><br>    Defendant. | CASE NO. ED CV 13-1492-BRO (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion for summary judgment, the records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

    IT IS THEREFORE ORDERED that Defendant Dr. Duffie's motion for summary judgment is denied.

DATED: 8.17.17

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\GALVAN\Order accept r&r re D's msj.wpd